COMMITTEE TO SAVE ST. BRIGID'S INC. et al., Appellants, v EDWARD CARDINAL EGAN et al., Respondents.

Submitted February 4, 2007; decided February 19, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal granted.

EFCO CORPORATION, Respondent, v HELENA ASSOCIATES LLC, Appellant, et al., Defendants.

Submitted December 31, 2007; decided February 19, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of CITY OF ELMIRA et al., Respondents-Appellants, v JOHN DOE, Appellant-Respondent.

Submitted December 31, 2007; decided February 19, 2008

Motion for leave to appeal by appellant-respondent John Doe granted. Cross motion for leave to appeal by respondents-appellants City of Elmira et al. dismissed as untimely.

In the Matter of KEVIN MARTIN, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, Respondent. (And Another Related Proceeding.)

Submitted February 11, 2008; decided February 19, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.